IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN TRUSTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv1115-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the defendant's motion for an extension of time to file his brief (doc. # 14). Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's motion for an extension of time to file his brief (doc. # 14) be and is hereby GRANTED and the deadline for filing his brief be and is hereby EXTENDED from June 5, 2008 until July 7, 2008.

Done this 6th day of June, 2008.

          /s/Charles S. Coody
          CHARLES S. COODY
          UNITED STATES MAGISTRATE JUDGE